# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1193**
**CAF 15-00680**
PRESENT: CENTRA, J.P., CARNI, NEMOYER, CURRAN, AND TROUTMAN, JJ.

IN THE MATTER OF MICHAEL S., JR.
-------------------------------------------
ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES,              MEMORANDUM AND ORDER
PETITIONER-RESPONDENT;

REBECCA S., RESPONDENT-APPELLANT,
AND MICHAEL S., RESPONDENT.
(APPEAL NO. 4.)

DAVID J. PAJAK, ALDEN, FOR RESPONDENT-APPELLANT.

LAUREN CREIGHTON, BUFFALO, FOR PETITIONER-RESPONDENT.

MARY ANNE CONNELL, ATTORNEY FOR THE CHILD, BUFFALO.

----------------------------------------------------------------------------------------------------------

        Appeal from an order of the Family Court, Erie County (Sharon M. LoVallo, J.), entered March 6, 2015.  The order, among other things, continued the placement of the subject child with petitioner.

        It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

        Same memorandum as in *Matter of Emily W.* ([appeal No. 1] ___ AD3d ___ [May 5, 2017]).

Entered:  May 5, 2017                                        Frances E. Cafarell
                                                            Clerk of the Court